UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
   OLIVIA MARINO-MYERS,           :
                Plaintiff,     :
v.                      :    **ORDER**
                      :
GRETCHEN SCOTT LLC, and GRETCHEN :    20 CV 3174 (VB)
SCOTT,                   :
               Defendants.    :
-------------------------------------------------------------x

*3/5/21*

      As discussed at a status conference held today in this matter and attended by counsel for all parties, it is hereby ORDERED:

      1.     The Court will issue a separate order referring the parties to Magistrate Judge Judith C. McCarthy for a settlement conference.

      2.     The parties shall file any request for a pre-motion summary judgment conference, in accordance with the Court's individual practices, by **May 6, 2021**.

      3.     The parties shall respond to any request for a pre-motion summary judgment conference, in accordance with the Court's individual practices, by **May 13, 2021**.

      4.     A status conference is scheduled for **May 20, 2021, at 3:00 p.m.** At the time of the scheduled conference the parties shall use the following information to connect by telephone:

      **Dial-In Number: (888) 363-4749 (toll free) or (215) 446-3662;**

      **Access Code: 1703567**.

Dated:  March 5, 2021
       White Plains, NY

                           SO ORDERED:

                           Vincent L. Briccetti
                           United States District Judge