UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
OLIVIA MARINO-MYERS,
              Plaintiff,

v.
                                                           **ORDER**

GRETCHEN SCOTT LLC, and GRETCHEN      20 CV 3174 (VB)
SCOTT,
              Defendants.
--------------------------------------------------------------x

      As discussed at a telephone conference held on the record today and attended by counsel for all parties, it is HEREBY ORDERED that:

      1.      The parties are directed to discuss settlement in good faith. By no later than **September 15, 2021**, the parties shall write a joint letter to the Court discussing their efforts to settle this case and whether there is anything the Court can do to assist in them that regard.

      2.      Defendants' motion for summary judgement shall be filed by **November 16, 2021**.

      3.      Plaintiff's opposition shall be filed by **January 14, 2022**.

      4.      Defendants' reply, if any, shall be filed by **February 14, 2022**.

Dated: August 16, 2021
       White Plains, NY

                                       SO ORDERED:

                                       Vincent L. Briccetti
                                       United States District Judge